In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of JOSHUA MATHER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent.

IDA F. LOVELACE and NICHOLAS PENDERGAST, as Administrators, Respondents and Appellants.

MAUD MATHER McCHESNEY et al., Respondents.

*Matter of Mather*, 90 App. Div. 382, affirmed.
(Argued June 2, 1904; decided June 17, 1904.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 19, 1904, which affirmed an order of the Oneida County Surrogate's Court assessing a transfer tax upon the estate of Joshua Mather, deceased.

*Albert T. Wilkinson* and *Russel S. Johnson* for comptroller, appellant and respondent.

*Smith M. Lindsley* and *William S. Mackie* for administrators, respondents and appellants.

*Josiah Perry* for respondents.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.